UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
M. C. et al.,

                             Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                            Defendant.
------------------------------------x

ORDER

19 Civ. 11415 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge