UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

M.C. et al.,

                    Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

------------------------------------- x

<u>ORDER</u>

19 Civ. 11415 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for August 12, 2020 is canceled.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge