UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

M.C. et al.,

                        Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 11415 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled for November 18, 2020 is adjourned to January 27, 2021 at 9:45 am.

Dated: New York, New York
       November 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge