

10 East 40th Street  
New York, New York 10016

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

> Defendant's letter-motion requesting an extension (ECF No. 38) is GRANTED.  The parties may file a letter requesting a settlement conference if they believe the Court's involvement would assist their settlement negotiations.
>
> The Clerk of Court is respectfully directed to close ECF No. 38.
>
> SO-ORDERED 3/29/2021
>
> *Sarah L. Cave*  
> SARAH L. CAVE  
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   *M.C., individually and on behalf of A.C., a child with a disability, v. New York City Department of Education*, 19 Civ. 11415 (GBD)(SLC)

Dear Judge Cave,

    I write on behalf of Defendant Department of Education ("DOE") in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*. I write respectfully to request a 30-day extension of Defendant's time to answer Plaintiff's motion for summary judgment from April 2, 2021 until May 3, 2021. Plaintiff's counsel consents to this application.

    Two prior applications for an extension of time have been granted on consent. This request is warranted because the undersigned has recently taken over the defense of this matter and needs time to review the file in order to draft opposition papers to Plaintiffs' pending motion. In addition, Plaintiffs have just conveyed a revised settlement demand. An extension will allow the parties to explore a negotiated resolution of this matter, which would obviate the need for further briefing on Plaintiffs' application for fees and avoid the consumption of judicial resources.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

Steven M. Silverberg